484 A.2d 737

COX'S, Appellee,

v.

THE MUNICIPALITY OF MONROEVILLE, Appellant.

Henry L. BERTOLO, t/d/b/a The Car Stereo Shop, Appellee,

v.

The MUNICIPALITY OF MONROEVILLE, Appellant.

ASSOCIATED DRY GOODS CORPORATION, Appellee,

v.

The MUNICIPALITY OF MONROEVILLE, Appellant.

GIMBEL BROTHERS, INC., Appellee,

v.

The MUNICIPALITY OF MONROEVILLE, Appellant.

J.M. BALTER CO., d/b/a Jaison's, Appellee,

v.

The MUNICIPALITY OF MONROEVILLE, Appellant.

The MAY DEPARTMENT STORES COMPANY, Appellee,

v.

The MUNICIPALITY OF MONROEVILLE, Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 25, 1984.

Decided Nov. 13, 1984.

Reargument and Clarification Denied Aug. 5, 1985.

John J. McLean, George L. Cass, William F. Giarla, Henry A. Morrow, Jr., Jeffrey S. Blum, Kevin C. Abbott, Judd N. Poffinberger, Jr., Neal R. Brendel, Pittsburgh, for appellant.

Lisle A. Zehner, William Merchant, Judd N. Poffinberger, Jr., Henry A. Morrow, Jr., Joseph F. McDonough, George L. Cass, Jeffrey S. Blum, Pittsburgh, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDER-
MOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

### ORDER OF COURT

PER CURIAM.

The appeals at Nos. 72, 74, 75, 76, and 77 W.D. Appeal
Docket, 1984, are dismissed as being improvidently granted.

The Order of the Commonwealth Court at No. 73 W.D.
Appeal Docket, 1984, *Henry L. Bertolo, t/d/b/a The Car
Stereo Shop v. The Municipality of Monroeville*, 480 A.2d
1290, is reversed. *See Reilly, et al., v. City of Pittsburgh*
and *Zehner, et al., v. Township of O'Hara*, 484 A.2d 736
(1984).

Mr. Justice Larsen would reverse the Orders of the
Commonwealth Court at Nos. 72, 74, 75, 76, and 77 W.D.
Appeal Docket, 1984 based upon *Reilly, et al., v. City of
Pittsburgh* and *Zehner, et al., v. Township of O'Hara*, 484
A.2d 736 (1984).

Mr. Chief Justice Nix and Mr. Justice McDermott would
dismiss the appeal at No. 73 W.D. Appeal Docket, 1984 as
being improvidently granted. They join in the majority's
dismissal of appeals at Nos. 72, 74, 75, 76 and 77 W.D.
Appeal Docket, 1984.